# Exhibit B

## DISSENTING OPINION

I dissent from the majority's Final Award on the grounds stated in my previous Dissenting Opinion, dated 18 July 2017. The Final Award disregards, and sanctions the violation of, mandatory Korean law and judicial orders. In my view, that is wrong and exceeds the Tribunal's authority.

_____

Gary Born

4 March 2018