N.Y.S.D. Case #
17-cv-7859(LGS)

# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 7th day of October, two thousand and nineteen.

_____

KT Corporation, KTSAT Corporation,

        Petitioners - Appellants,

v.

ABS Holdings, Ltd., ABS Global, Ltd.,

        Respondents - Appellees.

_____

**STATEMENT OF COSTS**

Docket No. 18-2300

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Oct 07 2019

IT IS HEREBY ORDERED that costs are taxed in favor of the Appellees in the amount of $218.00.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court

*[Signature: Catherine O'Hagan Wolfe]*

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

*[Signature: Catherine O'Hagan Wolfe]*

CERTIFIED COPY ISSUED ON 10/07/2019