USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/3/19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

KT CORPORATION, *et al.*,

                            Petitioners,

-against-

ABS HOLDINGS, LTD., *et al.*,

                            Respondents.

---

17cv7859 (LGS) (DF)

**ORDER**

**DEBRA FREEMAN, United States Magistrate Judge:**

For the reasons stated in this Court's Text Order dated December 3, 2019 (Dkt. 94), the Clerk of Court is directed to release to Respondents $1,341,166.70 of the funds deposited with the Court pursuant to Dkt. 70. The remaining funds on deposit shall remain there pending further Court order.

Dated:   New York, New York
           December 3, 2019

                                              SO ORDERED

                                              _____
                                              DEBRA FREEMAN
                                              United States Magistrate Judge

Copies to:

All counsel (via ECF)