UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

KT CORPORATION, *et al.*,

        Petitioners,

-against-

ABS HOLDINGS, LTD., *et al.*,

        Respondents.

---

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/18/19

17cv7859 (LGS) (DF)

**AMENDED ORDER**



**DEBRA FREEMAN, United States Magistrate Judge:**

This Order amends and supersedes Dkt. 95 on the Docket of this action. For the reasons stated in this Court's text-only Order dated December 3, 2019 (Dkt. 94), which is incorporated into this Order by reference, it is hereby ORDERED as follows:

1. Pursuant to the Court's Order affirming Respondents' final arbitration award and granting Respondents' motion for attorneys' fees and costs (Dkt. 81), the Court authorizes:

    a. The disbursement of $1,341,166.70 of the funds held in an interest-bearing account in the Court Registry Investment System (the "CRIS") pursuant to Dkt. 70, for payment of Respondents' arbitration award and the attorneys' fees and costs associated with their Petition;

    b. The disbursement of 89 percent of the total accrued interest held in the CRIS account as of the date on which the funds are disbursed in accordance with this Order, representing the interest that has accrued on the principal disbursement amount specified in Paragraph 1(a) of this Order; and

    c. The appropriate deduction of any registry fees duly authorized by the Judicial Conference of the United States.

2. The sum of the disbursements described in Paragraphs 1(a) and 1(b) of this Order, minus any deduction authorized by Paragraph 1(c), shall be paid by check payable to "ABS Holdings, Ltd." The check shall be mailed by FedEx to:

> ABS Holdings, Ltd.
> c/o Michael Nolan
> Milbank LLP
> 1850 K Street, NW, Suite 1100
> Washington, DC 20006

3. The funds remaining in the CRIS account following the disbursements described in this Order, including the remaining accrued interest, shall remain in the account pending further Court order.

Dated: New York, New York
December 18, 2019

SO ORDERED

*[signature]*
DEBRA FREEMAN
United States Magistrate Judge

Copies to:

All counsel (via ECF)